**FILED**
JUN - 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CO-386-online
10/03

# United States District Court
# For the District of Columbia

THE HUMANE SOCIETY OF THE UNITED STATES )
2100 L Street, N.W. )
Washington, D.C. 20037 )
    )
            Plaintiff )
    VS )         Civil Action No._____
UNITED STATES DEPARTMENT OF HEALTH AND HUMAN )
SERVICES FOOD AND DRUG ADMINISTRATION )
200 Independence Avenue, S.W. )
Washington, D.C. 20201 )
    )
            Defendant )

CASE NUMBER  1:05CV01089

JUDGE: Ricardo M. Urbina

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 06/02/2005

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __The HSUS__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __The HSUS__ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

461163
BAR IDENTIFICATION NO.

Jonathan Lovvorn
Print Name

2100 L. Street, N.W.
Address

Washington, D.C.       20037
City         State       Zip Code

202.955.3669
Phone Number

2