UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE HUMANE SOCIETY OF | ) | |
| THE UNITED STATES, | ) | |
| 2100 L. Street, N.W., | ) | |
| Washington, D.C. 20037, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civ. A. No. 05-01089 (RMU) |
| v. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT OF | ) | |
| HEALTH AND HUMAN SERVICES | ) | |
| FOOD AND DRUG | ) | |
| ADMINISTRATION, | ) | |
| 200 Independence Avenue, S.W., | ) | |
| Washington, D.C. 20201, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**DEFENDANT'S UNOPPOSED MOTION TO ADOPT BRIEFING SCHEDULE**

Defendant, United States Department of Health and Human Services Food and Drug

Administration ("FDA"), by and through its undersigned counsel,  hereby moves this Court to

set a briefing schedule in the above-captioned Freedom of Information Act ("FOIA") case.

Plaintiff does not oppose Defendant's Motion to Adopt Briefing Schedule.  Plaintiff filed its

Complaint on June 2, 2005.  Defendant filed its Answer on July 8, 2005.  Defendant is currently

in the process of preparing its Motion for a Stay of Proceedings pursuant to Open America v.

Watergate Special Prosecution Force, 547 F.2d 605 (D.C. Cir. 1976).  Due to numerous other

pressing matters, Defendant was unable to complete its Motion for a Stay of Proceedings prior to

answering Plaintiff's Complaint.  In addition, agency counsel, whose assistance is needed to

obtain the necessary information and declaration explaining the status of Plaintiff's FOIA

request, is on military leave until July 11, 2005, and undersigned counsel will be on leave from

July 21, 2005, until August 1, 2005.  Defendant therefore proposes the following briefing

schedule to the Court:

      1.  That Defendant's Motion for a Stay of Proceedings be made due on August 12, 2005;

      2.  That Plaintiff's Opposition and Reply to Defendant's Motion for a Stay of

Proceedings and Cross-Motion to Compel Document Production be made due on

September 9, 2005;

      3.  That Defendant's Reply and Opposition to Plaintiff's Cross-Motion to Compel

Document Production be made due on September 23, 2005; and

      4.  Plaintiff's Reply to Defendant's Opposition to Plaintiff's Cross-Motion to Compel be

made due on October 7, 2005.

Consistent with this requested relief, Defendant proposes that no initial scheduling

conference be scheduled, and notes that because this is a FOIA case, the parties are excused from

the obligations imposed by LCvR 16.3.

For the foregoing reasons, Defendant respectfully requests that the Court grant this

motion and adopt the proposed briefing schedule.  A proposed order consistent with the request

is attached.

Dated: July 8, 2005                    Respectfully submitted,

                                             _/s/ _____

                                             KENNETH L. WAINSTEIN
                                             DC BAR #451058
                                             United States Attorney

                                           _/s/_____

                                             R. CRAIG LAWRENCE
                                             DC Bar #171538
                                             Assistant United States Attorney

                                           _/s/_____

                                             HEATHER PHILLIPS
                                           CA Bar # 191620
                                           Assistant United States Attorney
                                           Judiciary Center Building
                                           555 4th Street, N.W., Rm E4412
                                           Washington, DC 20530
                                           (202) 307-0258

OF COUNSEL:
ALEX M. AZAR
General Counsel
SHELDON BRADSHAW
Associate General Counsel, Food
and Drug Division
ERIC M. BLUMBERG
Deputy Chief Counsel, Litigation
MICHAEL SHANE
Associate Chief Counsel for
Enforcement
Office of the General Counsel
U.S. Department of Health and
Human Services
5600 Fishers Lane, GCF-1
Rockville, Maryland 20857

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, 2100 L. Street, N.W., Washington, D.C. 20037, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES FOOD AND DRUG ADMINISTRATION, 200 Independence Avenue, S.W., Washington, D.C. 20201, | ) ) ) ) ) ) ) |
| Defendant. | ) ) ) |

Civ. A. No. 05-01089 (RMU)

**ORDER**

UPON CONSIDERATION of Defendant's Unopposed Motion to Adopt Briefing Schedule, it

is this ___ day of _____, 2005 hereby:

ORDERED that the Motion is GRANTED; and it is

FURTHER ORDERED that the timetable and briefing schedule be as follows:

1. That Defendant's Motion for a Stay of Proceedings be made due on August 12, 2005;
2. That Plaintiff's Opposition and Reply to Defendant's Motion for a Stay of Proceedings and Cross-Motion to Compel Document Production be made due on September 9, 2005;
3. That Defendant's Reply and Opposition to Plaintiff's Cross-Motion to Compel Document Production be made due on September 23, 2005; and
4. Plaintiff's Reply to Defendant's Opposition to Plaintiff's Cross-Motion to Compel be made due on October 7, 2005.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE