# PLAINTIFF'S EXHIBIT 3

Case 1:05-cv-01089-RMU     Document 6-4     Filed 09/09/2005     Page 1 of 5

# The Beauty Myth: BOTOX Kills Animals


©2000    AP Photo/ Newport News Daily Press, Kenneth D. Lyo

In early October, at the end of a multi-week trial that drew national media attention, a Los Angeles jury determined that BOTOX® did not cause a Hollywood socialite's alleged crippling migraine headaches, deflating the woman's argument that her celebrity dermatologist downplayed the product's potentially harmful side effects in order to collect large fees to inject the drug.

It was the first time that Allergan, the pharmaceutical company that manufactures Botox, had been forced to defend its drug before a jury, and the Irvine, California drug giant was clearly pleased with the verdict. But even as company officials celebrate the victory, Allergan must now face the court of public opinion over a fact that is indisputable: Animals suffer and die in the potency testing of Botox. And while Botox has serious therapeutic applications, these animals die increasingly for nothing more serious than to smooth out wrinkle lines.

| **The Bad News About BOTOX®** |
| --- |
| **Facts About BOTOX®** |
| **The Rise of Allergan** |
| **The $LD_{50}$: Endpoint Death** |

Nearly 2.3 million cosmetic Botox procedures were performed in 2003, a 37% increase from 2002. In 2003, Allergan netted $564 million from all Botox sales, 40% of which were from Botox Cosmetic; that's approximately $226 million in net sales for Botox Cosmetic alone. And the sales are projected to increase by 17%-24% in 2004.

Yet whether for therapeutic or cosmetic application, each batch of Botox must be tested before Allergan releases it to doctors and dermatologists; to determine the right potency of Botox-the key ingredient of which is botulinum toxin, the most poisonous substance known to mankind-Allergan uses a highly questionable test known as $LD_{50}$, whose sole purpose is to find the dose that kills 50% of the animals used in the test.

You read that right: The end point of the $LD_{50}$ test is death to 50% of the animals used. The test's full name is Lethal Dose 50 Percent.

The Humane Society of the United States believes this must end, and we want your assistance. We're urging consumers who use Botox purely for cosmetic purposes to avoid the product until Allergan stops testing it on animals. Period.

We're also asking all animal lovers to write Allergan to convince the company that animals should not die in the name of beauty. Finally, we're asking readers to contact the Food and Drug Administration to demand that the agency fund, research and approve alternatives to $LD_{50}$ tests, so that the test can be retired permanently.

"The HSUS acknowledges that Botox has several medical uses that are beneficial to humans, and those uses should continue," said Dr. Martin Stephens, vice president for The HSUS's Animal Research Issues. "But we are also aware that nearly half of the drug is for beauty enhancement. Consumers need to know that animals are suffering and enduring horrible deaths for the sole satisfaction of human vanity. This has simply got to stop."

**The Paralyzing Effect of Botox**

The U.S. Food and Drug Administration (FDA) gave Allergan the green light in 2002 to market Botox Cosmetic to smooth out frown lines on the forehead (the glabellar lines between the eyebrows). Botox is the only botulinum toxin product approved for cosmetic use in the United States. (The FDA had already previously approved the drug for therapeutic uses such as treating crossed eyes and cervical dystonia.)

Despite the FDA's limited approval of Botox Cosmetic, dermatologists and doctors routinely administer the drug for "off-label" uses such as treating "crow's feet" around the eyes and alleviating migraine headaches. Whenever used to treat wrinkles, Botox Cosmetic lasts only three to six months, which means that users must repeat the injection process at least twice a year to maintain their wrinkle-free face.

Botox, or Botulinum Toxin Type A, comes from the waste of the bacteria *Clostridium botulinum,* the same toxic byproduct that causes botulism food poisoning. Botox works by blocking nerve signals between the brain and muscles, effectively paralyzing the muscles that cause wrinkles and certain medical disorders. Because Botox is produced from bacteria, it is created with varying levels of potency-some batches of the drug, in other words, are stronger than others.

To determine the proper strength for each vial of Botox, Allergan must test the product.

**The $LD_{50}$ Test: A Failing Grade**

Little information is available publicly about the types of potency testing, if any, that the FDA requires Allergan to conduct on Botox. Repeated Freedom of Information Act requests by The HSUS to the FDA yielded little pertinent information. However, given that the $LD_{50}$ test is the international standard for assessing potency of botulinum toxin products, there is little doubt that the FDA holds Allergan to this standard.

Whether or not the FDA mandates the test, we do know that Allergan uses $LD_{50}$ to test Botox batches. This test involves giving mice a single injection of the product into their abdominal cavity and seeing if animals die within 3-4 days. The mice are first assigned to one of various groups; each group will receive a different strength of the product in order to estimate the strength that kills half of the targeted group. That strength (the $LD_{50}$ value) is then considered a single "unit" of Botox; from there, Allergan packages a given number of units into a vial for human use.

Approximately 100 mice have conventionally been used per test, and there are indications that each batch of botulinum toxin product is tested more than once. Allergan has claimed to The HSUS that the company has significantly reduced

this number.

Of all the tests done on animals, the conventional or classical $LD_{50}$ is one of the most brutal. In Botox testing, animals endure differing levels of muscular paralysis and suffer from impaired vision and dry mouth. Animals who die do so from suffocation, after their diaphragms become paralyzed, and they can no longer breathe. Those who don't die immediately may languish with varying degrees of paralysis before being euthanized at the end of the three- to four-day test.

Animal welfare advocates have been campaigning to abolish the $LD_{50}$ for more than two decades. The Organisation for Economic Cooperation and Development, an international trade organization that produces testing recommendations, decided to delete the $LD_{50}$ from its manual of internationally accepted test guidelines in 2002.

What's more, scientific studies show that $LD_{50}$ tests can be unreliable. In fact, one study that looked at the accuracy of $LD_{50}$ estimations of Botox potency concluded that the test alone "is not an adequate method for assessing the ... potency of botulinum toxin."

In light of the technical and humane problems associated with $LD_{50}$, European authorities have identified potential alternative tests that, once validated, would be acceptable as substitutes in assessing botulinum products.

Potential replacements all take advantage of more modern technology and insights into the mechanism by which botulinum toxin exerts its effects on the body. Perhaps the most promising replacement is the endopeptidase assay. Modern research has shown that Botulinum Toxin Type A exerts its paralyzing effect by disrupting a molecule-SNAP-25-critical in transmitting nerve signals to muscles. The endopeptidase assay evaluates the ability of toxin samples to disrupt this molecule, using the latest tools of molecular biology and immunology. The assay's developers suggest that it could replace the mouse assay in botulinum toxin testing.

**Smoothing Out the Wrinkles**

Allergan has told The HSUS that it is "devoting significant time and resources toward the development of an alternative assay" to the $LD_{50}$, but the company has refused to share any specifics about its plan. It has also refused repeated offers to work with The HSUS to develop those alternatives. We did, however, learn that Allergan recently contacted Alan M. Goldberg, director of the Johns Hopkins Center for Alternatives to Animal Testing, about the possibility of helping the company develop a humane alternative to $LD_{50}$.

To hold Allergan accountable for its statements, The HSUS decided to go public with its Botox campaign. We are demanding that Allergan develop a carefully planned, well-funded project to bring one or more of the most promising replacement alternative approaches to fruition within three years.

In the meantime, we are demanding that Allergan vigorously pursue and apply refinement and reduction approaches to minimize animal use and suffering in Botox potency testing. The company also should publicly disclose the details of its current animal testing of Botox Cosmetic so that consumers can decide whether or not to use the product.

Finally, for its part, the FDA should work with Allergan in efforts towards a more humane and technically superior alternative test, and to change its policy on Botox potency testing accordingly.

**What You Can Do**

1. Write to Allergan to express your concerns about the $LD_{50}$, which subjects animals to paralysis and death so that people can look younger. Please contact David E.I. Pyott, chief executive officer of Allergan, and let him know that you don't think mice should die in the name of individual vanity. You can contact him via the address and phone number below or via our easy-to-use e-mail form.

   **Contact:**
   David E.I. Pyott
   Chief Executive Officer
   Allergan, Inc.
   2525 Dupont Dr.
   Irvine, CA 92612-1599
   714-246-4500

2. If you're currently using Botox, or thinking about using it, consider avoiding the product until $LD_{50}$ is no longer used to test its potency.

3. Contact the Food and Drug Administration and tell the agency to fund, research and adopt alternatives to $LD_{50}$ test so that it can be phased out permanently.

   **Contact:**
   Dr. Lester M. Crawford
   Acting Commissioner
   Food and Drug Administration
   5600 Fishers Lane
   Rockville, MD 20857
   Phone: 1-888-INFO-FDA (463-6332)
   d.commissioner@fda.hhs.gov


E-MAIL THIS PAGE

- Get the Facts about BOTOX®
- Mouse
- The LD50: Endpoint Death
- The Rise of Allergan

Copyright © 2004 The Humane Society of the United States. All rights reserved.


Powered by GetActive