# PLAINTIFF'S EXHIBIT 5

April 9, 2004

Betty B. Dorsey
Director, FOI Staff
5600 Fishers Lane (HFI-30)
Rockville, MD 20857

Dear Ms. Dorsey:

The Humane Society of the United States (HSUS) hereby requests copies of all documents related to the FDA's guidance on potency testing of the Botulinum toxin type A, more specifically BOTOX® (therapeutic use) and BOTOX®Cosmetic (cosmetic use), manufactured by Allergan, Inc. of Irvine, CA. By "guidance," we mean regulations, directives, policy statements, recommendations, guidance documents, and similar documents, whether compliance is mandatory or voluntary. The documents should include, but not be limited to, any guidance that may specify or suggest that different methods are or may be permissible for the potency testing of BOTOX (therapeutic use) versus BOTOX Cosmetic (cosmetic use).

This request for records is made under the federal Freedom of Information Act (FOIA), 5 U.S.C. 522, and applicable agency regulations.

The FOI Act provides that if portions of a document are exempt from release, the remainder must nevertheless be segregated and disclosed. Accordingly, please provide all nonexempt portions of the records requested and justify deletions, if any, by reference to the specific provisions of the FOI Act.

The HSUS is prepared to pay lawful search and duplication fees incurred in connection to this request. However, we request a waiver of these fees, as provided by the FOI Act, U.S.C. 522 (a)(4)(A), and by applicable agency regulations. The HSUS is a 501 c-3 organization, (tax exempt #8399-71925-01), and makes this request as part of its ongoing efforts to promote the humane care and treatment of all animals, including those for whose protection Congress has enacted specific legislation.

Information obtained by The HSUS is routinely compiled, analyzed, and disseminated to the Society's national membership, and to the general public through the media. If however, you do not grant this request for a waiver, and fees are incurred in excess of $200.00, please notify me so that I may obtain authorization for a larger expenditure or appeal your decision.

Please feel free to contact me at (301) 258-8252 if you have any questions.

Sincerely,


Loree Macdonald
Information Specialist
Animal Research Issues