**PLAINTIFF'S EXHIBIT 6**

DEPARTMENT OF HEALTH & HUMAN SERVICES                    Public Health Service

                                                         Food and Drug Administration
                                                         Rockville MD 20857

HUMANE SOCIETY                          04/19/04
ATTN: L MACDONALD
2100 L ST NW                            In reply refer to:
WASHINGTON, DC 20037                    04005590

Dear Requester:

The Food and Drug Administration (FDA) has received your Freedom of Information Act (FOIA) request for records regarding:

    ALLERGAN INC, IRVINE, CA - BOTOX RECS

We will respond as soon as possible and may charge you a fee for processing your request. If you have any questions about your request, please call Mary L. Sejas, Lead Information Technician, at 301-827-6563 or write to us at:

    Food and Drug Administration
    Division of Freedom of Information
    5600 Fishers Lane, HFI-35
    Rockville, MD 20857

If you call or write, use the reference number above which will help us to answer your questions more quickly.