**PLAINTIFF'S EXHIBIT 10**

DEPARTMENT OF HEAL.H & HUMAN SERVICES    Progr... Support Center

Public Health Service
Freedom of Information Office
Parklawn Building, Room 17-A-46
5600 Fishers Lane
Rockville, MD 20857
PH:  301-443-5252
Fax:  301-443-0925

May 5, 2005

PETER J. PETERSAN
THE HUMANE SOCIETY OF THE UNITED STATES
2100  L  ST  NW
WASHINGTON DC  20037

Dear PETER J. PETERSAN:

This is to acknowledge receipt of your administrative appeal dated 4/28/2005.

Any questions regarding the status of your appeal should be directed to the Public Health Services (PHS) Freedom of Information (FOI) office.

Your appeal has been assigned the following number PHS-2K5-A-077.

Please reference this number on your correspondence.

Sincerely,

PHS Freedom of Information Office