**PLAINTIFF'S EXHIBIT 12**

# V. INITIAL FOIA/PA ACCESS REQUESTS.

## A. NUMBERS OF INITIAL REQUESTS.

|  | NUMBER OF REQUESTS PENDING AS OF END OF PRECEDING YEAR | NUMBER OF REQUESTS RECEIVED IN CURRENT YEAR | NUMBER OF REQUESTS PROCESSED IN CURRENT YEAR | NUMBER OF REQUESTS PENDING AS OF END OF CURRENT YEAR |
|---|---|---|---|---|
| OFFICE OF THE AG | 180 | 433 | 426 | 187 |
| OFFICE OF THE DAG | 101 | 257 | 261 | 97 |
| OFFICE OF THE ASSOC. AG | 32 | 52 | 57 | 27 |
|  |  |  |  |  |
| ATF | 374 | 2,250 | 2,437 | 187 |
| ANTITRUST | 49 | 166 | 159 | 56 |
| BOP | 1,387 | 15,123 | 15,744 | 766 |
| CIVIL | 33 | 841 | 859 | 15 |
| CIVIL RIGHTS | 175 | 529 | 533 | 171 |
| CRS | 0 | 8 | 8 | 0 |
| CRIMINAL | 673 | 1,511 | 1,416 | 768 |
| DEA | 248 | 1,809 | 1,933 | 124 |
| ENRD | 51 | 169 | 177 | 43 |
| EOIR | 50 | 9,948 | 8,557 | 1,441 |
| EOUSA | 1,871 | 4,744 | 4,921 | 1,694 |
| EOUST | 2 | 61 | 61 | 2 |
| FBI | 1,868 | 10,875 | 10,736 | 2,007 |
| FCSC | 0 | 17 | 17 | 0 |
| JMD | 22* | 3,154 | 3,159 | 17 |
| NDIC | 6 | 82 | 83 | 5 |
| COPS | 4 | 103 | 103 | 4 |
| ODR | 0 | 8 | 8 | 0 |
| OFDT | 0 | 29 | 29 | 0 |
| OIP | 36 | 439 | 435 | 40 |
| OIG | 1 | 245 | 241 | 5 |
| OIPR | 5 | 48 | 34 | 19 |
| OIPL | 11 | 7 | 15 | 3 |
| OJP | 7 | 556 | 555 | 8 |
| OLC | 2 | 69 | 64 | 7 |
| OLP | 23 | 60 | 49 | 34 |
| OLA | 50 | 69 | 64 | 55 |
| Pardon Attorney | 4** | 44 | 43 | 5 |
| OPR | 27 | 130 | 136 | 21 |
| Public Affairs | 30 | 25 | 23 | 32 |
| OSG | 12 | 76 | 75 | 13 |
| PRAO | 0 | 13 | 13 | 0 |
| TAX | 4 | 249 | 253 | 0 |
|  |  |  |  |  |

| | | | | |
|---|---:|---:|---:|---:|
| USMS | 202 | 1,535 | 1,547 | 190 |
| USNCB | 0 | 283 | 283 | 0 |
| USPC | 34 | 1,329 | 1,351 | 12 |
| | | | | |
| TOTALS | 7,574 | 57,346 | 56,865 | 8,055 |

\* When contributing to the Annual FOIA Report for Fiscal Year 2003, JMD incorrectly calculated the number of its pending cases. The correct number was 22, rather than 21; one request was not counted.

\*\* When contributing to the Annual FOIA Report for Fiscal Year 2003, OPA incorrectly calculated the number of its pending cases. The correct number was 4, rather than 5; one request had been settled in Fiscal Year 2003.

## B. DISPOSITION OF INITIAL REQUESTS

| | NUMBER OF TOTAL GRANTS | NUMBER OF PARTIAL GRANTS | NUMBER OF DENIALS | NO RECORDS | REFERRALS | REQUEST WITHDRAWN | FEE-RELATED REASON | RECO NO REASO DESC |
|---|---:|---:|---:|---:|---:|---:|---:|---|
| OFFICE OF THE AG | 41 | 37 | 7 | 254 | 21 | 12 | 8 | |
| OFFICE OF THE DAG | 15 | 25 | 2 | 186 | 3 | 8 | 3 | |
| OFFICE OF THE ASSOC. AG | 4 | 7 | 0 | 37 | 0 | 4 | 2 | |
| | | | | | | | | |
| ATF | 531 | 631 | 219 | 372 | 19 | 7 | 121 | |
| ANTITRUST | 32 | 27 | 34 | 42 | 5 | 9 | 5 | |
| BOP | 10,408 | 1,422 | 357 | 718 | 62 | 64 | 323 | |
| CIVIL | 308 | 57 | 35 | 390 | 11 | 19 | 2 | |
| CIVIL RIGHTS | 176 | 107 | 51 | 111 | 31 | 18 | 4 | |
| CRS | 0 | 0 | 1 | 7 | 0 | 0 | 0 | |
| CRIMINAL | 87 | 103 | 45 | 471 | 36 | 38 | 1 | |
| DEA | 95 | 909 | 241 | 386 | 12 | 1 | 169 | |
| ENRD | 47 | 30 | 14 | 63 | 2 | 10 | 5 | |
| EOIR | 5,508 | 122 | 24 | 1,807 | 138 | 22 | 282 | |
| EOUSA | 480 | 1,077 | 653 | 632 | 51 | 27 | 141 | |
| EOUST | 8 | 5 | 0 | 13 | 0 | 2 | 16 | |
| FBI | 124 | 2,606 | 235 | 5,956 | 49 | 757 | 90 | |
| FCSC | 2 | 0 | 0 | 12 | 0 | 0 | 0 | |
| JMD | 78 | 16 | 3 | 27 | 2,236 | 21 | 2 | |
| NDIC | 11 | 16 | 3 | 41 | 5 | 0 | 1 | |
| COPS | 63 | 20 | 0 | 18 | 1 | 1 | 0 | |
| ODR | 0 | 0 | 0 | 8 | 0 | 0 | 0 | |
| OFDT | 6 | 2 | 0 | 7 | 12 | 0 | 1 | |
| OIP | 36 | 5 | 0 | 60 | 127 | 14 | 1 | |
| OIG | 29 | 75 | 28 | 90 | 16 | 0 | 0 | |
| OIPR | 2 | 0 | 18 | 13 | 0 | 0 | 0 | |
| OIPL | 0 | 2 | 0 | 11 | 0 | 1 | 0 | |
| OJP | 329 | 116 | 4 | 70 | 17 | 16 | 0 | |
| OLC | 13 | 5 | 5 | 39 | 0 | 1 | 0 | |
| OLP | 7 | 8 | 0 | 19 | 5 | 3 | 3 | |
| OLA | 6 | 22 | 1 | 17 | 1 | 8 | 2 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Pardon Attorney | 10 | 21 | 0 | 10 | 1 | 1 | 0 |
| OPR | 12 | 51 | 38 | 19 | 8 | 1 | 1 |
| Public Affairs | 4 | 2 | 0 | 10 | 0 | 5 | 1 |
| OSG | 22 | 13 | 7 | 18 | 11 | 0 | 0 |
| PRAO | 1 | 0 | 0 | 8 | 0 | 0 | 0 |
| TAX | 10 | 11 | 0 | 190 | 6 | 4 | 0 |
| USMS | 337 | 669 | 59 | 248 | 15 | 4 | 19 |
| USNCB | 6 | 49 | 41 | 137 | 14 | 6 | 0 |
| USPC | 340 | 227 | 11 | 286 | 0 | 0 | 31 |
| | | | | | | | |
| TOTALS | 19,186 | 8,495 | 2,136 | 12,803 | 2,915 | 1,084 | 1,234 |

\* See following page for individual component explanations.

## *EXPLANATION OF DISPOSITION OF FOIA/PA INITIAL REQUESTS: OTHER REASONS FOR NONDISCLOSURE (COLUMN MARKED "OTHER")

| Component | Number of Times | Reason(s) |
|---|---|---|
| Office of the AG | 23 | 16 Failure to comply with requirements<br>4 Referred to another component/agency<br>2 Document referred not responsive<br>1 Records previously provided |
| Office of the DAG | 15 | 13 Failure to comply with requirements<br>2 Document referred not responsive |
| Office of the Assoc. AG | 2 | Failure to comply with requirements |
| ATF | 106 | Failure to provide proof of identity |
| Antitrust | 3 | Responsive information posted on Antitrust Division Web site |
| Civil | 13 | Requests for legal advice |
| Civil Rights | 19 | 7 No certification of identity/consent<br>7 Unable to locate requester<br>5 Unable to locate file |
| Criminal | 1 | No deliverable return address included with request |
| DEA | 86 | Cases administratively closed: Correspondence to requester returned due to unknown forwarding address or request referred to another office for handling |
| ENRD | 3 | 2 Could not contact requester<br>1 Record sealed |
| EOIR | 23 | Unable to locate file |
| EOUSA | 884 | 536 No power of attorney<br>306 Administrative closing<br>40 No forwarding address<br>2 Available at GPO |
| FBI | 40 | 30 Request opened in error |

|  |  |  |
|---|---|---|
|  |  | 10 Mail returned/No forwarding address |
| NDIC | 2 | No certification of identity/consent |
| OIP | 33 | 26 Failure to comply with requirements<br>6 Referred to another agency/component<br>1 Document referred not responsive to request |
| OLP | 1 | Failure to comply with requirements |
| OLA | 3 | 2 Document referred not responsive to request<br>1 Failure to comply with requirements |
| OPR | 2 | No certification of identity |
| Public Affairs | 1 | Document referred not responsive to request |
| Tax | 2 | 1 Request for materials available on Tax Division Web site<br>1 Request previously provided |
| USMS | 76 | 41 No forwarding address<br>21 FOIA/PA not applicable<br>6 Referred records not responsive to request<br>3 Access granted by other means<br>3 Failure to comply with requirements<br>2 Requester no longer interested |
| USNCB | 24 | Failure to reply |

## EXEMPTIONS CLAIMED UNDER THE FREEDOM OF INFORMATION ACT

|  | (1) | (2) | (3) | (4) | (5) | (6) | (7)(A) | (7)(B) | (7)(C) | (7)(D) | (7)(E) | (7)(F) | (8) | (9) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OFFICE OF THE AG | 2 | 7 | 1 | 0 | 16 | 31 | 2 | 0 | 14 | 3 | 2 | 1 | 0 | 0 |
| OFFICE OF THE DAG | 1 | 2 | 1 | 0 | 20 | 9 | 0 | 0 | 9 | 1 | 0 | 0 | 0 | 0 |
| OFFICE OF THE ASSOC. AG | 0 | 0 | 0 | 0 | 4 | 5 | 0 | 0 | 2 | 1 | 0 | 0 | 0 | 0 |
| ATF | 0 | 345 | 158 | 72 | 63 | 276 | 91 | 0 | 402 | 45 | 54 | 5 | 0 | 0 |
| ANTITRUST | 0 | 4 | 12 | 12 | 15 | 12 | 22 | 0 | 15 | 14 | 0 | 0 | 0 | 0 |
| BOP | 0 | 442 | 0 | 20 | 299 | 434 | 78 | 0 | 1,143 | 80 | 234 | 854 | 0 | 0 |
| CIVIL | 0 | 2 | 0 | 5 | 60 | 32 | 2 | 0 | 5 | 1 | 0 | 0 | 0 | 0 |
| CIVIL RIGHTS | 0 | 0 | 2 | 1 | 54 | 16 | 37 | 0 | 139 | 4 | 0 | 0 | 0 | 0 |
| CRS | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| CRIMINAL | 2 | 21 | 16 | 0 | 54 | 125 | 7 | 0 | 123 | 11 | 2 | 4 | 0 | 0 |
| DEA | 18 | 801 | 36 | 24 | 24 | 162 | 87 | 0 | 980 | 551 | 55 | 756 | 0 | 0 |
| ENRD | 0 | 0 | 0 | 1 | 28 | 11 | 2 | 0 | 9 | 0 | 0 | 0 | 0 | 0 |
| EOIR | 0 | 0 | 0 | 0 | 2 | 143 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| EOUSA | 6 | 274 | 427 | 25 | 817 | 527 | 89 | 4 | 1,437 | 324 | 65 | 158 | 0 | 0 |
| EOUST | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 |
| FBI | 528 | 1,494 | 403 | 14 | 90 | 543 | 144 | 20 | 2,194 | 1,427 | 558 | 57 | 0 | 0 |
| FCSC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| JMD | 0 | 1 | 0 | 5 | 4 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| NDIC | 0 | 7 | 0 | 0 | 4 | 12 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 0 |
| COPS | 0 | 0 | 0 | 0 | 0 | 19 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ODR | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| OFDT | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 |
| OIP | 0 | 0 | 0 | 0 | 1 | 4 | 0 | 0 | 2 | 1 | 0 | 0 | 0 | 0 |
| OIG | 2 | 0 | 0 | 0 | 5 | 9 | 17 | 0 | 73 | 1 | 1 | 0 | 0 | 0 |
| OIPR | 18 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| OIPL | 0 | 0 | 0 | 0 | 2 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| OJP | 0 | 3 | 0 | 42 | 5 | 97 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 |
| OLC | 2 | 0 | 0 | 0 | 10 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| OLP | 0 | 0 | 0 | 0 | 0 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| OLA | 0 | 2 | 0 | 0 | 4 | 21 | 0 | 0 | 6 | 0 | 0 | 0 | 0 | 0 |
| Pardon Attorney | 0 | 2 | 1 | 0 | 15 | 16 | 0 | 0 | 16 | 0 | 0 | 0 | 0 | 0 |
| OPR | 0 | 35 | 4 | 0 | 30 | 77 | 5 | 0 | 77 | 0 | 0 | 3 | 0 | 0 |
| Public Affairs | 0 | 0 | 0 | 0 | 2 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| OSG | 0 | 0 | 0 | 0 | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| PRAO | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TAX | 0 | 0 | 7 | 0 | 8 | 0 | 5 | 0 | 11 | 0 | 0 | 1 | 0 | 0 |
| USMS | 1 | 93 | 4 | 2 | 32 | 91 | 11 | 0 | 603 | 11 | 43 | 7 | 0 | 0 |
| USNCB | 0 | 41 | 0 | 4 | 4 | 4 | 5 | 0 | 74 | 41 | 4 | 1 | 0 | 0 |
| USPC | 0 | 1 | 0 | 0 | 36 | 93 | 0 | 0 | 93 | 2 | 2 | 0 | 0 | 0 |
| | | | | | | | | | | | | | | |
| TOTALS | 580 | 3,577 | 1,073 | 227 | 1,718 | 2,791 | 587 | 24 | 7,432 | 2,519 | 1,021 | 1,850 | 0 | 0 |

Go to: Table of Contents // DOJ FOIA Page // Justice Department Home Page