UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE HUMANE SOCIETY OF THE UNITED STATES,**<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES FOOD AND DRUG ADMINISTRATION**<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) Civ. No. 05-01089 (RMU)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

UPON CONSIDERATION of Plaintiff's Motion for release of all responsive, non-exempt documents, it is this ____ day of _____, 2005 hereby:

ORDERED that the Motion is GRANTED; and it is

FURTHER ORDERED that the Defendant shall provide the Plaintiff with all responsive, non exempt documents in this matter, identified as request 04-5590, within thirty (30) days.

SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

-1-