**PLAINTIFF'S EXHIBIT 8**

# THE HUMANE SOCIETY OF THE UNITED STATES

**OFFICERS**
David O. Wiebers, M.D.
*Chair of the Board*
Anita W. Coupe, Esq.
*Vice Chair*
Amy Freeman Lee, Litt.D.
*Secretary*
Paul G. Irwin
*President, CEO*
Andrew N. Rowan, Ph.D.
*Senior Vice President/Chief of Staff*
G. Thomas Waite III
*Treasurer, CFO*
Patrick A. Forkan
*Executive Vice President*
Roger A. Kindler, Esq.
*Vice President/General Counsel*

**STAFF VICE PRESIDENTS**
Martha C. Armstrong
*Senior Vice President*
*Companion Animals*
*and Equine Protection*
John W. Grandy, Ph.D.
*Senior Vice President*
*Wildlife Programs*
Wayne Pacelle
*Senior Vice President*
*Communications and*
*Government Affairs*
Michael C. Appleby, B.Sc., Ph.D.
*Farm Animals and*
*Sustainable Agriculture*
Katherine Benedict
*Administration, Information*
*Services, and Technology*
Richard M. Clugston, Ph.D.
*Higher Education*
Randall Lockwood, Ph.D.
*Research and Educational Outreach*
Steve Putnam
*Business Development*
*and Corporate Relations*
Robert G. Roop, Ph.D., SPHR
*Human Resources and Education*
Melissa Seide Rubin, Esq.
*Field and Disaster Services*
Martin L. Stephens, Ph.D.
*Animal Research Issues*
Richard W. Swain Jr.
*Investigative Services*
Gretchen Wyler
*Hollywood Office*

**DIRECTORS**
Patricia Mares Asip
Peter A. Bender
Donald W. Cashen, Ph.D.
Anita W. Coupe, Esq.
Judi Friedman
Alice R. Garey
David John Jhirad, Ph.D.
Jennifer Leaning, M.D.
Amy Freeman Lee, Litt.D.
Franklin M. Loew, D.V.M.
Eugene W. Lorenz
Jack W. Lydman
William F. Mancuso
Patrick L. McDonnell
Judy J. Peil
Joe Ramsey, Esq.
Jeffery O. Rose
James D. Ross, Esq.
Marilyn G. Seyler
Maurice E. Strong, P.C., C.C., LL.D.
John E. Taft
David O. Wiebers, M.D.
Marilyn E. Wilhelm
K. William Wiseman
John A. Hoyt
*President Emeritus*
Murdaugh Stuart Madden, Esq.
*Vice President/Senior Counsel*

July 26, 2004

Betty B. Dorsey
Director, FOI Staff
5600 Fishers Lane (HFI-30)
Rockville, MD 20857

Dear Ms. Dorsey:

The Humane Society of the United States (HSUS) hereby requests copies of all documents related to the FDA's guidance on potency testing of the Botulinum toxin type A, more specifically BOTOX® (therapeutic use) and BOTOX® Cosmetic (cosmetic use), manufactured by Allergan, Inc. of Irvine, CA. By "guidance," we mean regulations, directives, policy statements, recommendations, guidance documents, and similar documents, whether compliance is mandatory or voluntary.

This is the HSUS' second request for this information. Our initial request, dated April 9, 2004, yielded little pertinent information; rather, FDA sent two printouts from the internet that did not address any of our questions (see enclosures). Also, we have made several attempts to contact FDA employees by phone to discuss potency issues, but we have been unsuccessful. We would appreciate full disclosure of non-proprietary information relating to the potency testing of Botulinum toxin type A.

This request for records is made under the federal Freedom of Information Act (FOIA), 5 U.S.C. 522, and applicable agency regulations.

The FOI Act provides that if portions of a document are exempt from release, the remainder must nevertheless be segregated and disclosed. Accordingly, please provide all nonexempt portions of the records requested and justify deletions, if any, by reference to the specific provisions of the FOI Act.

The HSUS is prepared to pay lawful search and duplication fees incurred in connection to this request. However, we request a waiver of these fees, as provided by the FOI Act, U.S.C. 522 (a)(4)(A), and by applicable agency regulations. The HSUS is a 501 c-3 organization, (tax exempt #8399-71925-01), and makes this request as part of its ongoing efforts to promote the humane care and treatment of all animals, including those for whose protection Congress has enacted specific legislation.

Information obtained by The HSUS is routinely compiled, analyzed, and disseminated to the Society's national membership, and to the general public through the media. If however, you do not grant this request for a waiver, and fees are incurred in excess of $200.00, please notify me so that I may obtain authorization for a larger expenditure or appeal your decision.

Please feel free to contact me at (301) 258-8252 if you have any questions.

Sincerely,

Loree Macdonald
Loree Macdonald
Information Specialist
Animal Research Issues

Enc.

**Promoting the protection of all animals**
2100 L Street, NW, Washington, DC 20037 ▪ 202-452-1100 ▪ Fax: 202-778-6132 ▪ www.hsus.org