UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HUMANE SOCIETY OF<br>THE UNITED STATES,<br>2100 L. Street, N.W.,<br>Washington, D.C. 20037,<br><br>           Plaintiff,<br><br>      v.<br><br>UNITED STATES DEPARTMENT OF<br>HEALTH AND HUMAN SERVICES<br>FOOD AND DRUG<br>ADMINISTRATION,<br>200 Independence Avenue, S.W.,<br>Washington, D.C. 20201,<br><br>           Defendant. | Civ. A. No. 05-01089 (RMU) |

## JOINT STATUS REPORT

Pursuant to the Court's Memorandum and Order of October 25, 2005, the parties jointly report as follows:

1. On December 7, 2005, the parties participated in a teleconference during which they discussed, among other things, Plaintiff's pending request under the Freedom of Information Act ("FOIA"), the possibility of resolving the request on a non-complex track, possible ways to narrow Plaintiff's request, and the possibility of providing Plaintiff with documents that have already been made publicly available.

2. Defendant anticipates that Plaintiff's FOIA request will rise to the top of Defendant's complex FOIA queue by April 30, 2006. It will take approximately two months thereafter – no later than June 30, 2006 – to obtain and redact responsive documents and deliver them to Plaintiff.

3. On or before December 17, 2005, Defendant will provide Plaintiff with copies of several documents that were previously released by Defendant in response to FOIA requests relating to Botulinum Toxin Type A ("Botox"). Because these documents were produced in response to FOIA requests that were not identical to Plaintiff's request, these documents may be only marginally responsive to Plaintiff's pending FOIA request.

4. The production of the previously-released documents does not affect Plaintiff's position in the complex FOIA queue.

5. After receiving and reviewing the previously-released documents pursuant to paragraph three above, Plaintiff and Defendant will confer as to whether, and to what extent, the documents resolve Plaintiff's request.

Dated: December 16, 2005            Respectfully submitted,

_/s/ _____        _ /s/ _____
PETER J. PETERSAN                   KENNETH L. WAINSTEIN
DC BAR #487605                      DC BAR #451058
The Humane Society of the United States   United States Attorney
2100 L. Street, N.W.                _/s/_____
Washington, D.C. 20037              R. CRAIG LAWRENCE
(202) 955-3665                      DC Bar #171538
                                    Assistant United States Attorney
                                    _/s/_____
                                    HEATHER PHILLIPS
                                    CA Bar # 191620
                                    Assistant United States Attorney
                                    Judiciary Center Building
                                    555 4th Street, N.W., Rm E4412
                                    Washington, DC 20530
                                    (202) 307-0258

                                    OF COUNSEL:

                                    PAULA M. STANNARD
                                    Acting General Counsel
                                    SHELDON T. BRADSHAW

Associate General Counsel, Food
and Drug Division
ERIC M. BLUMBERG
Deputy Chief Counsel, Litigation
MICHAEL SHANE
Associate Chief Counsel for
Enforcement
Office of the General Counsel
U.S. Department of Health and
Human Services
5600 Fishers Lane, GCF-1
Rockville, Maryland 20857