UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HUMANE SOCIETY OF<br>THE UNITED STATES,<br>2100 L Street, N.W.,<br>Washington, D.C. 20037,<br><br>         Plaintiff,<br><br>         v.<br><br>UNITED STATES DEPARTMENT OF<br>HEALTH AND HUMAN SERVICES<br>FOOD AND DRUG<br>ADMINISTRATION,<br>200 Independence Avenue, S.W.,<br>Washington, D.C. 20201,<br><br>         Defendant. | Civ. A. No. 05-01089 (RMU) |

**ATTORNEY APPEARANCE**

The clerk of this court will please enter the appearance of Assistant United States Attorney Andrea McBarnette as counsel for the defendant in the above captioned case and withdraw the appearance of Assistant United States Attorney Heather Phillips.

Respectfully submitted,

    /S/
ANDREA McBARNETTE, D.C. Bar # 483789
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7153

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Attorney Appearance was filed via the Court's electronic filing system on July 17, 2006 and is expected to be served by the Court's electronic transmission facilities to:

Jonathan Lovvorn
Peter Petersan
THE HUMANE SOCIETY OF THE UNITED STATES
2100 L Street, N.W.
Washington, DC 20037
(202) 955-3665

                                   /S/
                               ANDREA McBARNETTE
                               Assistant United States Attorney