UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES FOOD AND DRUG ADMINISTRATION, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civ. No. 05-01089 (RMU) |

## STIPULATION FOR DISMISSAL

Plaintiff The Humane Society of the United States and defendant United States Department of Health and Human Services, Food and Drug Administration hereby stipulate that all claims of plaintiff against defendant be dismissed without fees or cost to either party pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.


Dated:  June 14, 2007                                   Respectfully submitted,


_____/s/_____          _____/s/_____
PETER J. PETERSAN                                       JEFFREY A. TAYLOR
DC BAR #487605                                          DC BAR #498610
JONATHAN R. LOVVORN                              United States Attorney
DC BAR #461163
The Humane Society of the United States     _____/s/_____
2100 L. St., N.W.                                           RUDOLPH CONTRERAS
Washington, D.C. 20037                              DC BAR #434122
(202) 955.3665                                              Assistant United States Attorney


                                                                  _____/s/_____
                                                                   ANDREA McBARNETTE,

                                                                   D.C. Bar  # 483789
                                                                   Assistant United States Attorney

                                            555 Fourth Street, N.W.
                                            Washington, D.C. 20530

Counsel for Defendants